**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

DEJA KEYS,

Defendant.

Case No. 2:26-cr-00242-JAD-DJA

**ORDER**

Based on the stipulation and good cause appearing:

IT IS ORDERED that the sentencing hearing currently scheduled for Monday, January 4, 2027, at 10:00 a.m., be vacated and continued to February 10, 2027, at the hour of 9:30 a.m.

DATED this 19th day of November 2026.

______________________________
UNITED STATES DISTRICT JUDGE